UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHALVA PAVLOVICH CHIGIRINSKIY,

        Plaintiff,

v.

TATIANA ROMANOVA PANCHENKOVA,

        Defendant.

NO: 1:14-cv-04410 (JPO)

---

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, as follows:

1. Plaintiff may file his opposition to Defendant's Motion to Dismiss (Dkt. 36-38) on or before October 2, 2014;

2. Defendant may file her reply in further support of her motion on or before October 16, 2014; and

3. A facsimile signature on this Stipulation shall have the same force and effect as the original.

Dated: September 12, 2014

LEWIS BAACH PLLC

*[signature]*

Eric L. Lewis, Esq.
Courtney L. Weiner, Esq.
405 Lexington Avenue, 32nd Floor, Suite A
New York, NY 10174
Tel: (212) 826-7001

*Attorneys for Plaintiff*
*Shalva Pavlovich Chigirinskiy*

Bruce S. Marks, Esq.
Maria Grechishkina, Esq.
MARKS & SOKOLOV LLC
1835 Market Street, 28th floor
Philadelphia, PA 19103
Tel: (215) 569-8901

PROSKAUER ROSE LLP

_____
Peter Sherwin, Esq.
Jonathan Siegelaub, Esq.
11 Times Square
New York, NY 10036
Tel: (212) 969-3000

*Attorneys for Defendant Tatiana Romanova Panchenkova*

SO ORDERED

Dated:  September 15, 2014

_____
J. PAUL OETKEN
United States District Judge

2