UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Shalva Pavlovich Chigirinskiy      Plaintiff,

Case No. 1:14-cv-04410-JPO

-against-

Tatiana Romanova Panchenkova   Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Courtney Lauren Weiner**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: cw7563      My State Bar Number is 4498192

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Paul Weiss
            FIRM ADDRESS: 1285 Avenue of the Americas New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-373-3000
            FIRM FAX NUMBER: 212-353-3990

NEW FIRM:   FIRM NAME: Lewis Baach PLLC
            FIRM ADDRESS: 1899 Pennsylvania Ave. Washington DC 20006
            FIRM TELEPHONE NUMBER: 202-833-8900
            FIRM FAX NUMBER: 202-466-5738

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: Sept. 15, 2014

ATTORNEY'S SIGNATURE